**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS BAILEY**, | : | **CIVIL ACTION NO. 1:10-CV-786** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JOHN R. WALKER**, *et al.*, | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 28th day of October, 2010, upon consideration of plaintiff's motion (Doc. 15), it is hereby ordered that the Plaintiff's claims against Defendant Deborah Hoff brought in this action are hereby DISMISSED WITH PREJUDICE and the claims brought against John Walker and Christopher Schellhorn are DISMISSED WITHOUT PREJUDICE.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge